IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRUZZONE,

    Plaintiff,

v.

INTEL CORPORATION,

    Defendant.

No. C 15-80002 WHA

**ORDER DENYING PREFILING REVIEW**

Michael Bruzzone was declared a vexatious litigant in 2014. *Bruzzone v. Intel Corporation*, No. C 14-01279 WHA, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014).

On January 5, Mr. Bruzzone submitted a complaint against Intel Corporation, which the Court has reviewed. The proposed complaint is duplicative of Mr. Bruzzone's prior dismissed actions, is frivolous, and is harassing. Leave to proceed is **DENIED**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE