IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRUZZONE,

    Plaintiff,

v.

INTEL CORPORATION,

    Defendant.

No. C 15-80002 WHA

**ORDER RE DOCKET NUMBERS FIVE THROUGH SEVEN**

    In 2014, *pro se* plaintiff Michael Bruzzone's motion to recuse the undersigned judge was denied and Mr. Bruzzone was declared a vexatious litigant. *Bruzzone v. Intel Corporation*, No. 14-01279-WHA, 2014 WL 2772315, at *3 (N.D. Cal. June 17, 2014) (Judge Yvonne Gonzales Rogers); *Bruzzone v. Intel Corporation*, No. C 14-01279 WHA, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014).

    On January 5, Mr. Bruzzone submitted a complaint but leave to proceed was denied (Dkt. No. 4). The file was closed. Nevertheless, on January 13, Mr. Bruzzone filed papers referencing "bias, prejudice, and discrimination" and arguing that "Judge Alsup must recuse himself" (Dkt. Nos. 5, 7). Mr. Bruzzone also filed a "notice to reserve appeal" (Dkt. No. 6).

    Mr. Bruzzone's filings are utterly frivolous. Indeed, he has a history of making harassing and frivolous claims brought with no objective good faith expectation of ever prevailing. In a prior proceeding, he, among other things, demanded that Intel's counsel be "arrested" and that he be allowed "time to correspond with United States Attorney General Eric Holder and President Obama" (among other government officials). *Bruzzone*, 2014 WL 4090470, at *3, 5, 7.

    Since leave to proceed herein was denied and the file was closed, the papers referencing recusal will be returned to Mr. Bruzzone. The Clerk shall **RETURN** docket numbers 5 and 7 to Mr. Bruzzone.

    **IT IS SO ORDERED.**

Dated: January 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE